UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY SCHEFFLER and TIMOTHY SCHEFFLER, husband and wife,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Defendant. | NO:  CV-07-334-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Joint Motion to Dismiss with Prejudice (Ct. Rec. 45).  Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice (**Ct. Rec. 45**) is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 16th day of February, 2011.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2